IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
02/02/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

OLUWASEUN OLAMIJU,                    )
                                      )
                    Petitioner,       )
                                      )
v.                                    )        Case No. 25-3258-JWL
                                      )
JACOB WELSH, Sheriff,                 )
        Chase County Detention Center,)
                                      )
                    Respondent.       )
                                      )
_____)

## ORDER OF DISMISSAL

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, by which he challenged his detention by immigration officials.  Respondent has now provided notice and evidence that petitioner was removed from the United States on January 17, 2026, and that therefore petitioner is no longer in his custody or the custody of immigration officials.  Accordingly, the Court **dismisses this case as moot**.

IT IS SO ORDERED.

Dated this 2nd day of February, 2026, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge